## Commonwealth *v.* Strachan, Appellant.

Submitted November 13, 1973.
*David H. Strachan,* appellant, in propria persona; *Joseph M. Stanichak,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.